IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X

GREAT AMERICAN RISK SOLUTIONS SURPLUS LINES INSURANCE COMPANY,

          Plaintiff,

   -against-

KENSINGTON VILLAGE APTS. LLC,

          Defendant.

-------------------------------------------------------------------------X

Docket No.:

2:25-cv-01386

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Great American Risk Solutions Surplus Lines Insurance Company ("Great American") hereby gives notice that this action is voluntarily dismissed. Defendant Kensington Village Apts. LLC has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: East Hanover, New Jersey
       March 12, 2025

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

By: _____
John D. McKenna
Attorneys for Plaintiff
Great American Risk Solutions Surplus Lines Insurance Company
100 Eagle Rock Avenue; Suite 220
Hanover, New Jersey 07936
jmckenna@lbcclaw.com
(973) 428-4824
File No. 422-109433